\*\*E-filed 6/28/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELIUS LASHUN GREEN, | ) | No. C 07-1554 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| DEUEL VOCATIONAL INSTITUTE, | ) | |
| Respondent. | ) | |

On March 19, 2007, Petitioner filed the instant habeas petition pursuant to 28 U.S.C. § 2254. On that same day the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.

As of the date of this order, Petitioner has not paid the $5.00 filing fee, nor submitted a completed in forma pauperis application. On June 8, 2007, the Court received notice that Petitioner is no longer in custody and on parole. (see docket no. 4)

\\\

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Green554disifp          1

1  Accordingly, the instant case is DISMISSED without prejudice for Petitioner's failure to
2  pay the filing fee or file a completed in forma pauperis application. The Clerk shall
3  terminate any pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED: __6/28/07_____

                        JEREMY FOGEL
6                          United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Green554disifp     2

1   A copy of this ruling was mailed to the following:

2

3   Cornelius Lashun Green
    J-38916
    Duel Vocational Institute
4   P.O. Box 600
    Tracy, CA  95378-0600
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28